UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: MIRAPEX PRODUCTS LIABILITY LITIGATION | MDL No. 07-1836-MJD-FLN |
| *This document relates to:* | Civil No.: 10-cv-1132-MJD-FLN |
| BRIAN RIDENOUR, <br><br> Plaintiff, <br><br> v. <br><br> BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation; PFIZER INC., a Delaware corporation; PHARMACIA CORPORATION, a Delaware corporation; and PHARMACIA & UPJOHN COMPANY LLC, <br><br> Defendants. | **NOTICE OF WITHDRAWAL OF ATTORNEY GRANT B. STOCK** |

Attorney Grant B. Stock hereby withdraws as counsel for plaintiff Brian Ridenour in the above-referenced case, as he is no longer employed at The Corea Firm, PLLC. Attorney Thomas M. Corea will continue to represent plaintiff.

Dated: <u>June 29, 2011</u>

/s/ Thomas M. Corea_____
Thomas M. Corea
Texas Bar Number 24037906
Attorneys for Plaintiff Brian Ridenour
The Corea Firm, PLLC
1201 Elm Street, Suite 4150
Dallas, Texas  75270
Telephone: (214) 953-3900
Facsimile: (214) 953-3901
Email: tcorea@corealaw.com

*[signature]*

Grant B. Stock
Texas Bar Number 24033240
6936 Brentfield Drive
Dallas, Texas 75248
Telephone: (972) 930-9459
Email: granistock@sbcglobal.net